IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **HARMONY LICENSING LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**DURABOOK AMERICAS INC.,**<br><br>Defendant. | Civil Action No.: 1:21-cv-04740-JPO<br><br>**TRIAL BY JURY DEMANDED** |

### STIPULATION AND ORDER TO EXTEND TIME
### TO ANSWER THE COMPLAINT

IT IS HEREBY STIPULATED by undersigned counsel for Plaintiff, Harmony Licensing LLC, subject to the approval of the Court, that Defendant's time to answer, move or otherwise respond to the Complaint in this action shall be extended up through and including September 2, 2021.

The reason for this extension is to allow Defendant additional time to investigate the allegations of the Complaint. The requested extension should not disrupt the schedule in this case or prejudice any party.

### CERTIFICATE OF CONFERENCE

I certify that the undersigned counsel conferred with counsel for Defendant and counsel for Defendant does not oppose this motion.

Dated: July 26, 2021                                  Respectfully submitted,

                                      Sand, Sebolt & Wernow Co., LPA

                                      */s/ Andrew S. Curfman*
                                      Andrew S. Curfman (*Pro hac vice*)
                                      Aegis Tower – Suite 1100
                                      4940 Munson Street NW
                                      Canton, Ohio 44718
                                      Telephone: (330) 244-1174
                                      Facsimile: (330) 244-1173
                                      Email: andrew.curfman@sswip.com

                                      Nicholas Loaknauth
                                      Law Office of Nicholas Loaknauth, P.C.
                                      SDNY Bar No. NL0880
                                      1460 Broadway
                                      New York, New York 10036
                                      Telephone: (212) 641-0745
                                      Facsimile: (718) 301-1247
                                      Email: nick@loaknauthlaw.com

                                      ATTORNEYS FOR PLAINTIFF


SO ORDERED this __28th__ day of July, 2021.

                                      _____
                                      J. PAUL OETKEN
                                      United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served electronically on July 26, 2021 upon the following counsel for Defendant:

Theodore Lapus
tlapus@lglcus.com

*/s/ Andrew S. Curfman*
Andrew S. Curfman
