IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **HARMONY LICENSING LLC,**<br><br>          Plaintiff,<br><br>     v.<br><br>**DURABOOK AMERICAS INC.,**<br><br>          Defendant. | Civil Action No.: 1:21-cv-04740-JPO<br><br>**TRIAL BY JURY DEMANDED** |

### ORDER GRANTING MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT

On this day came on to be considered the Unopposed Further Motion to Stay All Deadlines and Notice of Settlement (D.E. 17). The Court having now reviewed said Motion finds that it is well taken and should be granted. It is, therefore,

ORDERED that the Motion is hereby GRANTED and all deadlines are further stayed until November 30, 2021.

IT IS SO ORDERED.

Dated:   October 4, 2021

_____
J. PAUL OETKEN
United States District Judge